# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRAXLER, Jr., William B. | U.S. Court of Appeals, Fourth Circuit | 05/3/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge - Senior Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

300 E. Washington Street, Suite 222
Greenville, SC 29601

*IMPORTANT NOTES: **The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Furman University |
| 2. | Part-Time Special Lecturer in Law | Regent University School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/00/92 | State of S.C. Circuit Judge Retirement benefit (see III.A.1) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | State of S.C. Circuit Judge Retirement benefit | $100,451.52 |
| 2. 2020 | Regent University School of Law | $6,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | State of S.C. Retirement benefit |
| 2. 2020 | Greenville TEC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Regent University School of Law | 01/20/20 - 01/22/20 | Newport News, Va | Teach | Transportation, Lodging, and Meals |
| 2. | Regent University School of Law | 02/07/2020 - 02/08/2020 | Newport News, Va | Teach | Transportation, Lodging, and Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/3/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/3/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (2) Leon County, Fla. | | None | M | W | | | | | |
| 2. (3) Leon County, Fla. | | None | K | W | | | | | |
| 3. Sonoco stock (common) | A | Dividend | K | T | | | | | |
| 4. American Funds: Washington Mutual Investors Fund IRA | A | Dividend | K | T | | | | | |
| 5. Motorola Solutions stock (common) | A | Dividend | J | T | | | | | |
| 6. McDonalds stock (common) | A | Dividend | J | T | | | | | |
| 7. Kellogg's stock (common) | A | Dividend | J | T | | | | | |
| 8. RPM stock (common) | A | Dividend | J | T | | | | | |
| 9. Truist stock (common) | A | Dividend | J | T | | | | | |
| 10. Family Trust #1 (H) - Income Beneficiary | | | | | | | | | |
| 11. --Wells Fargo National Bank - cash account | A | Interest | J | T | | | | | |
| 12. --Greenville County, SC | B | Rent | L | W | | | | | |
| 13. TD Bank - cash equivalent account | A | Interest | K | T | | | | | |
| 14. Vanguard Group Funds: Growth & Income Portfolio | A | Dividend | K | T | | | | | |
| 15. American Funds: Growth Fund of America IRA | B | Dividend | L | T | | | | | |
| 16. American Funds: New Perspective Fund IRA | B | Dividend | L | T | Sold (part) | 06/11/20 | J | C | |
| 17. First Citizens Bank - cash equivalent account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/3/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Ameritrade IRA (H) | | | | | | | | | |
| 19. | --MIPS Technologies stock (common) | A | Dividend | J | T | | | | | |
| 20. | --Honeywell stock (common) | A | Dividend | J | T | | | | | |
| 21. | --Applied Materials stock (common) | A | Dividend | J | T | | | | | |
| 22. | --Texas Instrument stock (common) | A | Dividend | J | T | | | | | |
| 23. | Truist stock (common) | A | Dividend | | | Sold | 03/30/20 | J | D | |
| 24. | Home Depot stock (common) | A | Dividend | J | T | | | | | |
| 25. | Athene -- whole life insurance policies | A | Interest | J | T | | | | | |
| 26. | Protective Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 27. | Jefferson National Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 28. | Conagra stock (common) | A | Dividend | J | T | | | | | |
| 29. | Regions Financial Corp. stock (common) | A | Dividend | J | T | | | | | |
| 30. | Jefferson County, Florida | C | Rent | N | W | | | | | |
| 31. | Pfizer stock (common) | A | Dividend | | | Sold | 03/16/20 | J | | |
| 32. | SPDR Trust Series 1: SPY Fund ETF (Equity Security) (SPY) | B | Dividend | L | T | Sold<br>(part) | 03/30/20 | J | D | |
| 33. | Antigonish County, Nova Scotia, Canada | | None | N | T | | | | | |
| 34. | RBC Bank - Canada - cash equivalent account | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/3/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TD Canada Trust - Canada - cash equivalent account | | None | K | T | | | | | |
| 36. Southern First Bank - cash equivalent account | A | Interest | K | T | | | | | |
| 37. Pinnacle Bank - cash equivalent accounts | D | Interest | N | T | | | | | |
| 38. United Community Bank - cash equivalent accounts | B | Interest | N | T | | | | | |
| 39. Grand South Bank - cash equivalent accounts | D | Interest | N | T | | | | | |
| 40. TD Canada Trust - Canada - cash equivalent account | A | Interest | M | T | | | | | |
| 41. Fidelity Investments:MSCI Financials Index ETF (equity security)(FNCL) | A | Dividend | | | Sold | 11/9/20 | J | | |
| 42. SC State Pub Svc Auth Rev 7 Bond | A | Interest | K | T | | | | | |
| 43. Henderson County, NC | | None | O | T | | | | | |
| 44. Heritage Federal Credit Union cash equivalent account | A | Interest | K | T | | | | | |
| 45. State Street Global Advisors: SPDR DJIA ETF (equity security) (DIA) | A | Dividend | | | Sold | 11/02/20 | K | A | |
| 46. INVESCO: Invesco QQQ ETF (equity security)(QQQ) | A | Dividend | K | T | | | | | |
| 47. Family Trust #2 (H) | | | | | | | | | |
| 48. --AGNC Investment (common stock) | A | Dividend | | | Sold | 08/20/20 | J | | |
| 49. --Anworth Mortgage Asset (common stock) | A | Dividend | | | Sold | 08/20/20 | J | | |
| 50. --Bristol-Myers Squibb (common stock) | A | Dividend | | | Sold | 08/20/20 | J | A | |
| 51. --Cisco Systems (common stock) | A | Dividend | | | Sold | 08/20/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | --Ebay (common stock) | A | Dividend | | | Sold | 08/20/20 | J | A | |
| 53. | --Lowe's (common stock) | A | Dividend | | | Sold | 08/20/20 | J | B | |
| 54. | --Mastercard (common stock) | A | Dividend | | | Sold | 08/20/20 | J | B | |
| 55. | --Paypal (common stock) | A | Dividend | | | Sold | 08/20/20 | J | A | |
| 56. | --Pfizer (common stock) | A | Dividend | | | Sold | 08/20/20 | J | A | |
| 57. | --Procter & Gamble (common stock) | A | Dividend | | | Sold | 08/20/20 | J | A | |
| 58. | --Ameritrade Cash Equivalent Account | A | Interest | | | Closed | 08/24/20 | J | | |
| 59. | --(4) Leon County, FL | | None | O | W | | | | | |
| 60. | --Macon County, NC | | None | K | W | | | | | |
| 61. | --Truist Financial - Cash Equivalent Account | A | Interest | J | T | | | | | |
| 62. | Capital One - Cash Equivalent Account | A | Interest | L | T | Open | 05/16/20 | L | | |
| 63. | SPDR Series Trust Prtflo S&P 500 GW ETF (SPYG) (Equity Security) | A | Dividend | K | T | Buy | 11/09/20 | K | | |
| 64. | Citibank - Cash Equivalent Account | A | Interest | J | T | Open | 11/23/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/3/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Parts II and III.A.1 -- I am eligible for a lifetime monthly retirement benefit of approximately 18/24 of 71.3% of the salary of a Circuit Judge of South Carolina. Payment began when I turned 55 years of age on May 1, 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William B. TRAXLER, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544